IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THE BOHAN AGENCY, INC().            )
                                    )   No. 3-10-0495
v.                                  )
                                    )
FAZOLI'S SYSTEM MANAGEMENT,         )
LLC                                 )

O R D E R

On September 9, 2010, the parties filed an agreed order of dismissal with prejudice (Docket Entry No. 11).

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' agreed order of dismissal.[1]

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered June 30, 2010 (Docket Entry No. 10), the pretrial conference and trial were scheduled on September 16, 2011, and September 27, 2011, respectively.