# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| THE BOHAN AGENCY, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10-cv-0495 |
| | ) | JUDGE Nixon |
| FAZOLI'S SYSTEM MANAGEMENT, | ) | Magistrate Griffin |
| LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

---

## AGREED ORDER

---

As evidenced by the signatures of counsel for the Plaintiff, The Bohan Agency, Inc., and the Defendant, Fazoli's System Management, LLC, this matter has been compromised and settled, and the pending lawsuit should be therefore be dismissed with prejudice.

Accordingly, it is ordered, adjudged, and decreed that the claims brought by Plaintiff against Defendant are hereby dismissed with prejudice.

Entered this the _11th_ day of _September_, 2010.

_____
The Honorable John T. Nixon